IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MAURICE CARR, #R4492**                                                                 **PLAINTIFF**

**VS.**                                                   **CIVIL ACTION NO. 3:18-CV-151-CWR-LRA**

**PELICIA HALL, Commissioner of MDOC**                                       **DEFENDANT**

## WAIVER OF THE SERVICE OF SUMMONS

TO:  Clerk of Court

     I and the party I represent have received the Court's request to waive service of a summons in this action along with a copy of the complaint and a copy of this waiver form. The party I represent agrees to save the expense of serving a summons and Complaint in this case. I and the party I represent understand that the party will keep all defenses or objections to the lawsuit, the Court's jurisdiction, and the venue of the action, but that the party waives any objections to the absence of a summons or of service. I and the party I represent understand that the party must file and serve an answer or other motion under Rule 12 within 60 days from the date when the request was sent.

     **DATE: AUGUST 23, 2018**

                                                                **PELICIA HALL, Defendant**

                                                                **JIM HOOD, ATTORNEY GENERAL**
                                                                 **STATE OF MISSISSIPPI**

                                                                 **BY:** */s/ J. Chadwick Williams*

J. Chadwick Williams (MSB #102158)
Office of the Attorney General
Civil Litigation Division
Post Office Box 220
Jackson, Mississippi 39205
Telephone: (601)359-3523
Facsimile:  (601) 359-2003
E-mail: cwill@ago.state.ms.us

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the ECF system, and that I have this day caused to be mailed, via United States Postal Service, first class postage prepaid, a true and correct copy of the foregoing document in the above-styled and numbered cause to the following non-ECF participant:

>Maurice Carr
>R4492
>S.M.C.I.
>P.O. Box 1419
>Leakesville, MS 39451

This, the 23rd day of August, 2018.

/s/ J. Chadwick Williams